UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff

v.                                      Case No. 25-30039
                                      Originating No.  25-3045

**YURGEN YILVIER LEON-RIVERA,**

        Defendant.

_____/

## GOVERNMENT'S PETITION
## FOR TRANSFER OF DEFENDANT TO
## ANOTHER DISTRICT AND SUPPORTING BRIEF

Pursuant to Rule 5(c)(3)(D) of the Federal Rules of Criminal Procedure, the United States of America hereby petitions the Court for an order transferring defendant **YURGEN YILVIER LEON-RIVERA,** to answer to charges pending in another federal district, and states:

1. On **February 3, 2025,** defendant was arrested in the Eastern District Michigan in connection with a federal arrest warrant issued in the **District of Arizona based on a Criminal Complaint**.  Defendant is charged in that district with violations of  **8 USC Section 1324(a)(1)(A)(i) and (a)(1)(B)(i) – Bringing an Illegal Alien into the United States.**

2. Rule 5 requires this Court to determine whether defendant is the person named in the arrest warrant and is entitled to a preliminary examination as described in Paragraph One above.  *See* Fed. R. Crim. P. 5(c)(3)(D)(ii).

WHEREFORE, the government requests this Court to conduct transfer proceedings in accordance with Rule 5 of the Federal Rules of Criminal Procedure.

Respectfully submitted,

JULIE BECK
Acting United States Attorney


*s/Ryan Particka*
RYAN PARTICKA
Assistant U.S. Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226
(313) 226-9100

Dated: February 3, 2025